(September 17, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO A. ROMERO, Also Known as BLACK, Appellant. [16 NYS3d 479]—Appeal from a judgment of the County Court of Saratoga County (Scarano, J.), rendered September 20, 2012, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

In satisfaction of a three-count indictment, defendant pleaded guilty to attempted criminal sale of a controlled substance in the third degree and waived his right to appeal. In accordance with the plea agreement, he was sentenced to two years in prison to be followed by two years of postrelease supervision. He now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., Garry, Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.